IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY LOU MIKULA,

    Plaintiff,

  v.

ALLEGHENY COUNTY OF
PENNSYLVANIA,

    Defendant.

06cv1630
**ELECTRONICALLY FILED**

## Order

And now, this 24th day of September, 2007, for the reasons set forth in the Memorandum Opinion on Summary Judgment, it is HEREBY ORDERED that:

(1) Defendant's motion for summary judgment (doc. no 28) is GRANTED;

(2) Judgment is hereby entered in favor of defendant and against plaintiff; and

(3) The clerk shall mark the docket closed.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All counsel of record

Case 2:06-cv-01630-AJS   Document 50   Filed 09/24/07   Page 2 of 2